# United States District Court
## Northern District of Illinois
### Eastern Division

Hernandez

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 10 C 2054

William Rainey Harper College

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendant's motion for summary judgment. Judgment is entered in favor of defendant.

Michael W. Dobbins, Clerk of Court

Date: 10/27/2011

_____
/s/ Olga Rouse, Deputy Clerk